# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KATHLENE SCARLETT, | : | Case No. 3:22-cv-342 |
| Plaintiff, | : | |
| vs. | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| THE LITIGATION PRACTICE GROUP PC, | : | |
| Defendant. | : | |

## ORDER

With the consent of both of them, the reference in the above captioned case is hereby ordered to be transferred from Magistrate Judge Peter B. Silvain, Jr. to Magistrate Judge Caroline H. Gentry.

**IT IS SO ORDERED**.

March 22, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge